# IN THE SUPREME COURT OF THE STATE OF NEVADA

CASA CHRISTINA LN TRUST,
                    Appellant,
vs.
FEDERAL NATIONAL MORTGAGE
ASSOCIATION,
                    Respondent.

No. 76155

FILED

JAN 09 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____S.Young_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Linda Marie Bell, Chief Judge
       Kerry P. Faughnan
       Wright, Finlay & Zak, LLP/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

19-01325